UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO PENA MORENO, | No. 2:16-cv-0639 MCE AC P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| SOLANO COUNTY, | |
| Respondent. | |

     Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 along with a request to proceed in forma pauperis. However, the application to proceed in forma pauperis that was completed by petitioner is not the form used by this district and does not contain the certificate portion which must be filled out and signed by an authorized prison official. <u>See</u> 28 U.S.C. § 1915(a)(2). Petitioner will be provided another opportunity to submit a fully completed application to proceed in forma pauperis.

     In accordance with the above, IT IS HEREBY ORDERED that:

     1. The Clerk of the Court shall provide petitioner with another copy of the in forma pauperis application used by this court; and

////

////

////

1

2. Petitioner shall submit, within thirty days from the date of this order, a fully completed in forma pauperis application. Petitioner's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: October 18, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE